1  DANIEL J. BERGESON, State Bar No. 105439
   Dbergeson@be-law.com
2  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6  ALSTON & BIRD, LLP
   MICHAEL S. CONNOR
7  RICHARD M. McDERMOTT
   CHRISTOPHER A. RILEY
8  Bank of America Plaza
   101 S. Tryon Street, Suite 4000
9  Charlotte, NC 28280-4000
   Telephone: (704) 444-1045
10
   Appearing Specially for Defendant
11 VOLUMETRICS MEDICAL IMAGING, L.L.C.

12                 UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15
   TOSHIBA AMERICA MEDICAL SYSTEMS,     | Case No. C06-04393 SI
16 INC., a California corporation,      |
                                        | **STIPULATION AND ORDER**
17                        Plaintiff,    | **EXTENDING TIME FOR**
                                        | **VOLUMETRICS MEDICAL IMAGING,**
18       vs.                            | **L.L.C.**
                                        | **[N.D. CAL. CIVIL L. R. 6-2]**
19 VOLUMETRICS MEDICAL IMAGING, L.L.C., |
   a Delaware Company                   |
20                                      |
                          Defendant.    |
21                                      |
                                        |
22                                      | Complaint Filed:    July 18. 2006
23

24

25

26

27

28

STIPULATION AND ORDER EXTENDING TIME FOR VOLUMETRICS MEDICAL IMAGING, L.L.C.
C06-04393 SI

**IT IS HEREBY STIPULATED** among the parties to the above-captioned action pursuant to N.D.Cal. Civil L.R. 6-2 that defendant Volumetrics Medical Imaging, L.L.C. ("VMI") shall have through and including December 15, 2006 to answer, move or otherwise respond to the Complaint so as to give VMI's counsel adequate time to prepare an appropriate response thereto.

There have been no previous time modifications in this matter. The time modification requested will not impact the Court's December 15, 2006 case management conference.

**SO STIPULATED.**

Dated: December 1, 2006

BERGESON, LLP

ALSTON & BIRD, LLP

By: _____
Donald P. Gagliardi
Appearing Specially for Defendant
VOLUMETRICS MEDICAL IMAGING, L.L.C.

HOWREY LLP

By: _____
Henry C. Bunsow
Denise M. De Mory
Helen E. Dutton
Matthew F. Greinert
Attorneys for Plaintiff TOSHIBA AMERICA
MEDICAL SYSTEMS, INC.

**SO ORDERED.**

Dated: December ____, 2006

By: _____
Judge Susan Illston
UNITED STATES DISTRICT JUDGE

- 1 -
STIPULATION AND ORDER EXTENDING TIME FOR VOLUMETRICS MEDICAL IMAGING, L.L.C.
C06-04393 SI