1  Henry C. Bunsow (SBN 60707)
   bunsowh@howrey.com
2  Denise M. De Mory (SBN 168076)
   demoryd@howrey.com
3  Matthew F. Greinert (SBN 239492)
   greinertm@howrey.com
4  HOWREY LLP
   525 Market Street, Suite 3600
5  San Francisco, California  94105
   Telephone:  (415) 848-4900
6  Facsimile:  (415) 848-4999

7  Attorneys for Plaintiff
   TOSHIBA AMERICA MEDICAL
8  SYSTEMS, INC.

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

13

14  TOSHIBA AMERICA MEDICAL SYSTEMS,     No. C 06-04393 SI
    INC., a California corporation,

15                                                   **STIPULATION AND [PROPOSED]**
                                                     **ORDER REGARDING**
16              Plaintiff,                           **CONTINUANCE OF CASE**
                                                     **MANAGEMENT CONFERENCE**
17       v.

18  VOLUMETRICS MEDICAL IMAGING, L.L.C.,   Date:         June 8, 2007
                                                        Time:         2:00 p.m.
19              Defendant.                               Courtroom:    10
                                                        Judge:        Hon. Susan Illston
20

21

22

23       1.      The parties agree to continue the Case Management Conference in the above-entitled

24  action until resolution of TAMS's pending motion to dismiss for lack of standing of a related patent

25  case involving both TAMS and VMI before the District Court in the Middle District of North Carolina,

26  Greensboro Division, Civil Action No: 1:05CV00955.

27  / / / / /

28  / / / / /

**HOWREY LLP**

Case No. C 06-04393
STIP & [PROPOSED] ORDER RE CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
DM_US:20492598_1

1    2.      The parties agree to promptly notify the Court upon entry of an order granting or

2    denying TAMS's pending motion to dismiss, at which time, the parties will respectfully request a

3    further Case Management Conference to be held 45 days after entry of said order.

4    3.      DATED:  June 7, 2007          Respectfully submitted,

5                                        HOWREY LLP

6

7                                        By: _/s/  Matthew F. Greinert_____
                                             Matthew F. Greinert
8                                        Attorneys for Plaintiff
                                         TOSHIBA AMERICA MEDICAL SYSTEMS, INC.

9

10   DATED:  June 7, 2007               BERGESON, LLP

11
     The case management conference has
12   been continued to July 27, 2007, 2007   By: _/s/  Donald P. Gagliardi_____
                                         Bergeson, LLP
13                                       303 Almaden Blvd.
                                         Suite 500
14                                       San Jose, CA 95110-2712
                                         Appearing Specially for Defendant
15                                       VOLUMETRICS MEDICAL IMAGING, L.L.C.

16

17          **IT IS SO ORDERED.**

18   Dated:  June _____, 2007          _____

19                                           HON. SUSAN ILLSTON
                                        JUDGE OF THE UNITED STATES DISTRICT
20                                                   COURT

21

22

23

24

25

26

27

28

1    **CERTIFICATION BY MATTHEW F. GREINERT PURSUANT TO GENERAL RULE NO. 45,**

2    **SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

3

4        1.      I am an attorney licensed to practice law in the state of California, and am an Associate

5    in the law firm of Howrey LLP, counsel for plaintiffs Toshiba America Medical Systems, Inc..  The

6    statements herein are made on my personal knowledge, and if called as a witness I could and would

7    testify thereto.

8        2.      The above e-filed document contains multiple signatures.  I declare that concurrence

9    has been obtained from each of the other signatories to file this jointly prepared document with the

10   Court.  Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for

11   subsequent production for the Court if so ordered, or for inspection upon request by a party until one

12   year after final resolution of the action (including appeal, if any).

13       I declare under penalty of perjury under the laws of the United States of America that the

14   foregoing is true and correct on June 7, 2007.

15

16                                          /s/   *Matthew F. Greinert*
                                              Matthew F. Greinert

17

18

19

20

21

22

23

24

25

26

27

28

**HOWREY LLP**

Case No. C 06-04393                                  -3-
STIP & [PROPOSED] ORDER RE CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
DM_US:20492598_1