Henry C. Bunsow (SBN 60707)
bunsowh@howrey.com
Denise M. De Mory (SBN 168076)
demoryd@howrey.com
Matthew F. Greinert (SBN 239492)
greinertm@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff
TOSHIBA AMERICA MEDICAL
SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VOLUMETRICS MEDICAL IMAGING, L.L.C.,<br><br>Defendant. | No. C 06-04393 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date: July 27, 2007<br>Time: 2:30 p.m.<br>Courtroom: 10<br>Judge: Hon. Susan Illston |

1.  The parties agree to continue the Case Management Conference in the above-entitled action until resolution of TAMS's pending motion to dismiss for lack of standing of a related patent case involving both TAMS and VMI before the District Court in the Middle District of North Carolina, Greensboro Division, Civil Action No: 1:05CV00955.

/ / / / /

/ / / / /

**HOWREY LLP**

1      STIPULATION AND [PROPOSED] ORDER RE
CONTINUANCE OF CASE MANAGEMENT STATEMENT
CASE NO. C 06-04393

DM_US:20583146_1

1  2. The parties agree to promptly notify the Court upon entry of an order granting or
2  denying TAMS's pending motion to dismiss, at which time, the parties will respectfully request a
3  further Case Management Conference to be held 45 days after entry of said order.

4  DATED: July 18, 2007                Respectfully submitted,

5                                      HOWREY LLP

6

7                                      By: /s/ Matthew F. Greinert
                                            Matthew F. Greinert
8                                       Attorneys for Plaintiff
                                        TOSHIBA AMERICA MEDICAL SYSTEMS, INC.
9

10 DATED: July 18, 2007                BERGESON, LLP

11

12                                     By:  /s/ Donald P. Gagliardi
                                        Donald P. Gagliardi
13                                      Bergeson, LLP
                                        303 Almaden Blvd.
14                                      Suite 500
                                        San Jose, CA 95110-2712
15                                      Appearing Specially for Defendant
                                        VOLUMETRICS MEDICAL IMAGING, L.L.C.
16

17

18    **IT IS SO ORDERED.**

19 Dated: _____, 2007              _____
20                                      HON. SUSAN ILLSTON
                                        JUDGE OF THE UNITED STATES DISTRICT
21                                             COURT

22 The further case management conference has been continued to Friday, October 19, 2007, at 2:30
   p.m.
23

24

25

26

27

28

HOWREY LLP

                                        2     STIPULATION AND [PROPOSED] ORDER RE
                                              CONTINUANCE OF CASE MANAGEMENT STATEMENT
                                              CASE NO. C 06-04393

DM_US:20583146_1

## CERTIFICATION BY MATTHEW F. GREINERT PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

1. I am an attorney licensed to practice law in the state of California, and am an Associate in the law firm of Howrey LLP, counsel for plaintiffs Toshiba America Medical Systems, Inc. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on July 18, 2007.

        /s/   *Matthew F. Greinert*
                Matthew F. Greinert