Henry C. Bunsow (SBN 60707)
bunsowh@howrey.com
Denise M. De Mory (SBN 168076)
demoryd@howrey.com
Matthew F. Greinert (SBN 239492)
greinertm@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff
TOSHIBA AMERICA MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VOLUMETRICS MEDICAL IMAGING, LLC,<br><br>Defendant. | No. C 06-04393 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date: October 19, 2007<br>Time: 2:30 p.m.<br>Courtroom: 10<br>Judge: Hon. Susan Illston |

1. The parties agree to continue the Case Management Conference in the above-entitled action until resolution of Toshiba America Medical Systems, Inc.'s ("TAMS") pending motion to dismiss for lack of standing of a related patent case involving both TAMS and VMI before the District Court in the Middle District of North Carolina, Greensboro Division, Civil Action No: 1:05CV00955. A hearing on that motion before Judge Tilley in Greensboro, North Carolina has been set on October 23, 2007.

2. The parties agree to promptly notify the Court upon entry of an order granting or denying TAMS's pending motion to dismiss, at which time, the parties will respectfully request a further Case Management Conference to be held 45 days after entry of said order.

DATED: October 9, 2007     Respectfully submitted,

HOWREY LLP

By: /s/Matthew F. Greinert
    Matthew F. Greinert
Attorneys for Plaintiff
TOSHIBA AMERICA MEDICAL SYSTEMS, INC.

DATED: October 9, 2007     BERGESON LLP

By: /s/Donald P. Gagliardi
    Donald P. Gagliardi
Bergeson, LLP
303 Almaden Blvd.
Suite 500
San Jose, CA 95110-2712
Appearing Specially for Defendant
VOLUMETRICS MEDICAL IMAGING, LLC

The case management conference has been continued to Friday, December 14, 2007, at 2:30 p.m. (joint statuement due one week prior)

**IT IS ORDERED.**

Dated: _____, 2007

    HON. SUSAN ILLSTON
    JUDGE OF THE UNITED STATES DISTRICT COURT

# **CERTIFICATION BY MATTHEW F. GREINERT PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the state of California, and am an Associate in the law firm of Howrey LLP, counsel for plaintiffs Toshiba America Medical Systems, Inc. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on October 9, 2007.

                                                         /s/Matthew F. Greinert
                                                        Matthew F. Greinert