1  Henry C. Bunsow (SBN 60707)
   bunsowh@howrey.com
2  Denise M. De Mory (SBN 168076)
   demoryd@howrey.com
3  Matthew F. Greinert (SBN 239492)
   greinertm@howrey.com
4  HOWREY LLP
   525 Market Street, Suite 3600
5  San Francisco, California 94105
   Telephone: (415) 848-4900
6  Facsimile: (415) 848-4999

7  Attorneys for Plaintiff
   TOSHIBA AMERICA MEDICAL
8  SYSTEMS, INC.

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13

14  TOSHIBA AMERICA MEDICAL SYSTEMS,        No. C 06-04393 SI
    INC., a California corporation,
15
                                            STIPULATION AND [PROPOSED]
16              Plaintiff,                   ORDER REGARDING
                                            CONTINUANCE OF CASE
17         v.                               MANAGEMENT CONFERENCE

18  VOLUMETRICS MEDICAL IMAGING, LLC,       Date:        December 14, 2007
                                            Time:        2:30 p.m.
19              Defendant.                   Courtroom:   10
                                            Judge:       Hon. Susan Illston
20

21

22         1.      The parties agree to continue the Case Management Conference in the above-entitled

23  action until resolution of Toshiba America Medical Systems, Inc.'s ("TAMS") pending motion to

24  dismiss for lack of standing of a related patent case involving both TAMS and VMI before the District

25  Court in the Middle District of North Carolina, Greensboro Division, Civil Action No: 1:05CV00955.

26  A hearing on that motion before Judge Tilley in Greensboro, North Carolina occurred on October 23,

27  2007. Judge Tilley decided at the hearing that there are matters of fact that needed to be resolved.

28

                                            1

2.      Judge Tilley set the matter for a jury trial in Greensboro, North Carolina on February 25, 2008 for the purpose of resolving limited factual matters relating to resolution of the motion to dismiss.

3.      The parties agree to promptly notify the Court upon entry of an order granting or denying TAMS's pending motion to dismiss, at which time, the parties will respectfully request a further Case Management Conference to be held 45 days after entry of said order.

DATED:  December 7, 2007          Respectfully submitted,

HOWREY LLP


By:   /s/Matthew F. Greinert
          Matthew F. Greinert
Attorneys for Plaintiff
TOSHIBA AMERICA MEDICAL SYSTEMS, INC.


DATED:  December 7, 2007          BERGESON LLP


By:        /s/Donald P. Gagliardi
            Donald P.Gagliardi
Bergeson, LLP
303 Almaden Blvd.
Suite 500
San Jose, CA 95110-2712
Appearing Specially for Defendant
VOLUMETRICS MEDICAL IMAGING, LLC


**IT IS SO ORDERED.**

Dated: _____, 2007          _____

HON. SUSAN ILLSTON
JUDGE OF THE UNITED STATES DISTRICT
COURT

**<u>CERTIFICATION BY MATTHEW F. GREINERT PURSUANT TO GENERAL RULE NO. 45,</u>**

**<u>SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES</u>**

1.     I am an attorney licensed to practice law in the state of California, and am an Associate in the law firm of Howrey LLP, counsel for plaintiffs Toshiba America Medical Systems, Inc. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2.     The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on December 7, 2007.


                    /s/Matthew F. Greinert
                    Matthew F. Greinert