Henry C. Bunsow (SBN 60707)
bunsowh@howrey.com
Denise M. De Mory (SBN 168076)
demoryd@howrey.com
Matthew F. Greinert (SBN 239492)
greinertm@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff
TOSHIBA AMERICA MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VOLUMETRICS MEDICAL IMAGING, LLC,<br><br>Defendant. | No. C 06-04393 SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Judge:   Hon. Susan Illston |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Toshiba America Medical Systems, Inc., by and through counsel, hereby voluntarily dismisses without prejudice all claims in the above-captioned action against Defendant Volumetric Medical Imaging, LLC. Each party will bear its own costs, fees, and expenses.

DATED: March 3, 2008                                  Respectfully submitted,

                                                                              HOWREY LLP

                                                                              By  _____*/s/Matthew F. Greinert*_____
                                                                                                Matthew F. Greinert
                                                                              Attorneys for Plaintiff
                                                                              TOSHIBA AMERICA MEDICAL SYSTEMS, INC.

IT IS SO ORDERED
*Susan Illston*
Judge Susan Illston

HOWREY LLP

DM_US:21061600_1

1

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)
CASE NO. C 06-04393

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)** has been served this 3rd day of March, 2008, upon each of the parties to this action pursuant to the Stipulation Regarding Service Via E-Mail as follows:

**Volumetrics Medical Imaging, L.L.C.:**
  kirk.bradley@alston.com
  mike.connor@alston.com
  cyndi.elliott@alston.com
  brian.mcmahon@alston.com
  theresa.conduah@alston.com
  mike.kenny@alston.com
  rick.mcdermott@alston.com
  chris.riley@alston.com
  karen.shadden@alston.com
  anne.randall@alston.com
  stephen.hladik@alston.com
  debra.gleason@alston.com
  lisa.bojko@alston.com
  mkellogg@khhte.com
  mhansen@khhte.com
  khuff@khhte.com
  jrozendaal@khhte.com
  sbenz@khhte.com
  jhall@khhte.com
  jrichardson@khhte.com
  mjoffre@khhte.com
  rstern@khhte.com
  kkosick@khhte.com
  lkelly@khhte.com
  kfetterman@khhte.com
  grapawy@khhte.com
  ajapngie@khhte.com
  czeender@khhte.com

**GE Healthcare, Ltd., GE Medical Systems, Inc., and GE Medical Systems, L.L.C.:**
  ewheeler@mwe.com
  velson@mwe.com
  dfoster@mwe.com
  tnation@mwe.com
  cbright@mwe.com
  mmelen@mwe.com
  hbatts@mwe.com
  JWester@rbh.com
  LMoore@rbh.com

2

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)
CASE NO. C 06-04393

HOWREY LLP

DM_US:21061600_1

**Medison America, Inc.:**

    Greg.Holland@smithmoorelaw.com
    Jim.Medford@smithmoorelaw.com
    Rick.Coughlin@smithmoorelaw.com
    Lisa.Shortt@smithmoorelaw.com
    William.Abrams@bingham.com
    Raymis.Kim@bingham.com
    Patrick.Weston@bingham.com
    Ruby.wayne@bingham.com

**Siemens Medical Solutions, USA, Inc.:**

    Irving.Brenner@hmw.com
    jhohenthaner@kirkland.com
    cmizzo@kirkland.com
    krobinson@kirkland.com
    aheinz@kirkland.com

Dated: March 3, 2008

    */s/Matthew F. Greinert*
    Matthew F. Greinert
    HOWREY LLP
    525 Market Street, Suite 3600
    San Francisco, California  94105
    Telephone:  (415) 848-4900